Certificate Number: 05781-VAE-DE-012471507

Bankruptcy Case Number: 10-17703



05781-VAE-DE-012471507

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 27, 2010</u>, at <u>12:12</u> o'clock PM PDT, <u>Gerald Lee Knipfer</u> completed a course on personal financial management given by telephone by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: <u>September 27, 2010</u>   By: <u>/s/Allison M Geving</u>

Name:  Allison M Geving

Title:  President

n:Sage Personal Finance To:Sage Personal Finance certificate: Knipfer, Ger    12:21 09/27/10GMT-07 Pg 02-03